IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| ESTARLIN HIDALGO-PEREZ | : | NO. 12-671-1 |

ORDER

AND NOW, this 17th day of January, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of the government for revocation of the magistrate judge's order releasing defendant Estarlin Hidalgo-Perez, and to detain defendant Estarlin Hidalgo-Perez pretrial is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
                        J.